Writ refused. No error of law under the facts found by the Court of Appeal.

McCALEB, J., is of the opinion that the decision of the Court of Appeal is incorrect and, further, that a writ should be granted as a matter of right under Section 11 of Article 7 of the Constitution as the decision is in direct conflict with Hecker v. Betz, 172 So. 816, decided by the Court of Appeal, Parish of Orleans.

160 So.2d 225

### STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,

v.

### GIFFORD–HILL & COMPANY, Inc.

No. 47045.

Feb. 7, 1964.

In re: Gifford-Hill & Company, Inc. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Webster. 158 So.2d 448.

Writ refused. On the facts found by the Court of Appeal the result is correct.

160 So.2d 225

### CLAYTON MARK & COMPANY

v.

### Richard H. WALLER.

No. 47061.

Feb. 7, 1964.

In re: Clayton Mark & Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 158 So.2d 224.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

160 So.2d 225

### Mrs. Patsy Jo COOPER

v.

### William E. COOPER, Jr.

No. 47075.

Feb. 7, 1964.

In re: William E. Cooper, Jr. applying for certiorari or writ of review to the

Court of Appeal, First Circuit, Parish of East Baton Rouge. 158 So.2d 248.

Writ refused. No error of law under the facts found by the Court of Appeal.

SANDERS, J., did not participate.